UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>[PROPOSED]<br><br>**TEMPORARY RESTRAINING ORDER** AND ORDER AUTHORIZING ALTERNATE SERVICE AND EXPEDITED DISCOVERY AND REQUIRING DEFENDANTS TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

This matter comes before the Court on Plaintiffs' Motion for Temporary Restraining Order and Order Authorizing Alternative Service and Expedited Discovery and Requiring Defendants to Show Cause RE Preliminary Injunction (collectively the "Motion"). The Court, having reviewed the Complaint for Damages and Equitable Relief, the Motion and all supporting declarations and exhibits, and all other court papers filed in connection with the Motion, finds as follows and enters the following Order (the "Order"):

1) Plaintiffs have demonstrated they are entitled to immediate injunctive relief by

**ORDER GRANTING PLAINTIFFS' MOTION** - 1

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

establishing (a) they are likely to succeed on the merits of their one or more claims alleged against Defendants, (b) they have and are suffering irreparable injury in the absence of an injunction based on Defendants' publications on the Infringing Website (thorntailhardagave.com) and Defamatory Websites (thorntailhardagave.com, kompletedesignbuild.com, and anonimcard.com), (c) the balance of hardships weighs in Plaintiffs' favor, and (d) the public interest favors granting injunctive relief.

2) With respect to the likelihood of success on the merits, Plaintiffs have demonstrated that they are likely to succeed in showing:

    a. Plaintiffs are the exclusive and beneficial owner of the distinctive trademark, "Thorntail Hard Agave."

    b. Defendants have registered "thorntailhardagave.com" in violation of Plaintiff's trademark.

    c. Defendants have registered "thorntailhardagave.com" in violation of the Anticybersquatting Consumer Protection Act.

    d. Defendants are actively using the "thorntailhardagave.com" domain and mirror domains to publish false, defamatory, and malicious content about Plaintiffs.

    e. The content published by Defendants constitutes defamation against Plaintiff VandenBrink.

    f. The content published by Defendants constitutes business disparagement against Plaintiff Thorntail.

    g. The content published by Defendants constitutes tortious interference with Plaintiffs' business expectancies.

**ORDER GRANTING PLAINTIFFS' MOTION** - 2

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

   h. The content published by Defendants constitutes unfair competition under RCW 19.86.020.

3) The continued publication of the content displayed on Defendants' websites will result in immediate and irreparable injury to Plaintiffs' reputations, relationships with prospective and current customers, goodwill, and negotiating positions if injunctive relief is not granted.

4) The harm to Plaintiffs that would result if the Court were to deny immediate injunctive relief outweighs any harm to Defendants' legitimate interests if the Court were to grant such relief.

5) It is in the public's interest to protect Plaintiffs' trademark.

6) It is in the public's interest to enjoin publication of the false and defamatory content of Defendants' websites.

7) With regard to alternative service by email and expedited discovery regarding Defendant Doe's identity, Plaintiffs have provided evidence showing:

   a. Doe has made efforts to conceal their identity, location, and address from Plaintiffs, including using an anonymization service domiciled in a foreign jurisdiction and using a registrar that has a history of non-compliance with takedown orders that failed to publish the registrant's identity until mandated by the Uniform Domain-Name Dispute-Resolution Policy ("UDRP") process.

   b. Host Master 1337 has made efforts to conceal any business address where it may be personally served by only listing a P.O. box address in their registration and failing to respond to the UDRP proceedings.

**ORDER GRANTING PLAINTIFFS' MOTION** - 3

129645.0002/8075328.1

LOWE GRAHAM JONES ᴾᴸᴸᶜ
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

8) Given the time needed for necessary third-party discovery to determine Doe's identity and Plaintiffs' need to effect service on an overseas Defendant, good cause exists to extend temporary injunctive relief to 45 days or such time as the Court is able to rule on Plaintiffs' motion for a preliminary injunction, if later.

THEREFORE, IT IS HEREBY ORDERED that the Defendants appear to show cause on the _____ day of _____, 2024, at _____ a.m./p.m., or as soon thereafter as counsel can be heard, in Courtroom _____, in the United States District Court for the Western District of Washington, why the Court should not enter a preliminary injunction enjoining and restraining Defendants, their officers, agents, servants, and employees, and any persons in active concert or participation with them from:

1) Publishing content on the "thorntailhardagave.com" domain;

2) Publishing the disparaging content currently displayed on thorntailhardagave.com, kompletedesignbuild.com, anonimcard.com or other mirror websites and

3) Publishing any other false or defamatory content regarding Plaintiffs on thorntailhardagave.com, kompletedesignbuild.com, anonimcard.com or other mirror websites.

**Temporary Restraining Order**

IT APPEARING to the Court that Defendants are reproducing, displaying, or distributing defamatory content through an infringing domain and mirror websites and will continue to do so unless restrained by order of the Court, it is hereby:

ORDERED that, pending the hearing on Plaintiffs' request for a preliminary injunction, Defendants, their officers, agents, servants, and employees, and any persons in active concert or participation with them (including third parties providing services used in

ORDER GRANTING PLAINTIFFS' MOTION - 4

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

connection with Defendants' operations, such as payment processors, domain registrars or hosts, Internet service providers, back-end service providers, affiliate program providers, web designers, search-engine or ad-word providers, and online business-to business selling platforms) having knowledge of this Order by service, actual notice, or otherwise are hereby temporarily restrained from committing any of the acts set forth in subparagraphs (a)(i)-(iii) above.

ORDERED that this temporary restraining order shall remain in effect until the Court enters an order granting or denying a preliminary injunction or otherwise modifies, extends, or terminates this temporary restraining order.

**Alternative Service**

IT APPEARING to the Court that Plaintiffs have engaged in reasonable but fruitless efforts to uncover Defendants Doe's identity and locations, and that Defendant Host Master 1337 has only provided a P.O. Box address, rather than a business address where personal service is possible, and it also appearing that Host Master 1337, being an internet-based organization, prefers communications via email, it is hereby:

ORDERED, that Plaintiffs are authorized to effect alternate service of process on Host Master 1337 and Doe through the email address and P.O. Box address identified pursuant to a UDRP process instituted with the World Intellectual Property Organization:

Email: whois+thorntailhardagave.com@njal.la;

Mailing Address:  P.O. Box 590 Springates East,
                  Government Road, Charlestown, Nevis, KN.

**Expedited Discovery**

IT APPEARING to the Court that Plaintiffs have engaged in reasonable but fruitless

**ORDER GRANTING PLAINTIFFS' MOTION** - 5

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

efforts to uncover Defendants' identities and locations, and that third parties have information relevant to the identity of Defendant Doe it is hereby:

ORDERED that discovery by Plaintiffs may begin immediately by Plaintiffs providing actual notice, pursuant to subpoena or otherwise, of this Order to: (1) Defendants or their agents, servants, employees, confederates, or attorneys; (2) any persons acting in concert or participation with Defendants; or (3) any third-party service provider, including, without limitation, domain registrars Tucows Domains, Inc., Whois Privacy Corp., and Cloudflare Inc.; domain-name-registration privacy-protection services, providers of email services, back-end service providers, web designers, search-engine or ad-word providers, and any domain-name registries and registrars who have provided services for Defendants.

ORDERED that any third party providing services in connection with any Defendant or Defamatory Website, including, without limitation, those listed above, shall, within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to: (1) the identities and addresses (physical and email) of Defendants or their agents, servants, employees, confederates, or attorneys and any persons acting in concert or participation with Defendants; and (2) the locations and identities of Defendants' operations, including, without limitation, identifying information associated with Defendants' Defamatory Websites.

**Plaintiffs' Duties**

IT IS ORDERED that Plaintiffs shall post a surety bond, cash, or a certified or attorney's check in the amount of one thousand dollars ($1,000 USD) as security, which the Court determines is adequate for the payment of such damages as any person may be

ORDER GRANTING PLAINTIFFS' MOTION - 6

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

entitled to recover as a result of a wrongful seizure or restraint hereunder; and it is further.

ORDERED that Plaintiffs' counsel shall file with the Court within forty (45) calendar days after the date of this Order a declaration setting forth: (1) the date and means with which the Defendants were served with a copy of the Order, and (2) a description of the domain names and websites that were disabled.

**Defendants' Response**

IT IS ORDERED that Defendants' response papers, if any, shall be filed with the Court and served upon Plaintiffs' attorneys by delivering copies thereof to the offices of Lowe Graham Jones LLP, 1325 Fourth Avenue, Seattle, WA 98101, Attention: Mitchell D. West, before _____ a.m./p.m. on the _____ day of _____, 2024.

Any reply by Plaintiffs shall be filed and served by Plaintiffs by the _____ day of _____, 2024.

**Defendants are hereby given notice that failure to attend the hearing scheduled above may result in immediate issuance of the requested preliminary injunction that shall extend to the conclusion of this litigation. Defendants shall be deemed to have** actual **notice of the issuance and terms of such preliminary injunction, and any act by them or any one of them in violation of any of the terms thereof may be considered and prosecuted as contempt of this Court.**

Ordered this ____ Day of December 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING PLAINTIFFS' MOTION** - 7

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1 | *Presented by*

2 | LOWE GRAHAM JONES PLLC

3 | */s/ Mitchell D. West*

4 | Mitchell D. West, WSBA #53103
Mark Walters, WSBA #30819

5 | walters@lowegrahamjones.com
west@lowegrahamjones.com

6 | 1325 Fourth Avenue, Suite 1130
Seattle, WA 98101

7 | Telephone: 206.381.3300

**ORDER GRANTING PLAINTIFFS' MOTION** - 8

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301