UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>DECLARATION OF JOEL VANDENBRINK IN SUPPORT OF PLAINTIFFS' MOTION FOR **TEMPORARY RESTRAINING ORDER** AND ORDER AUTHORIZING ALTERNATE SERVICE AND EXPEDITED DISCOVERY AND REQUIRING DEFENDANTS TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

I, Joel VandenBrink, hereby states and declare as follows:

1.  I am the founder and CEO of The Agave Project LLC, d/b/a Thorntail. I make the following statements based on personal knowledge. If called to testify about these matters, I am competent and willing to do so.

2.  In my role as CEO of The Agave Project LLC, as early as March of 2023 I entered into negotiations with a potential strategic partner interested in working with the Agave Project LLC in exchange for a 35% stake in the company. On December 13, 2023, the CEO of the potential strategic partner called me and stated that, unless the Infringing Website (thorntailhardagave.com) is taken down, they no longer want to partner with The Agave Project, explaining that the content of the Infringing Website would be a threat to

**DECLARATION OF JOEL VANDENBRINK** - 1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

129645.0002/8075328.1

their reputation if they were associated with the Thorntail Hard Agave brand.

3. The websites thorntailhardagave.com, kompletedesignbuild.com, and anonimcard.com include images and captions stating or implying that Thorntail Hard Agave is urine and "shit," that funding for Thorntail will be used to purchase drugs, and that I am an alcoholic and a cocaine addict who conducts other illegal activity. All of these statements about Thorntail Hard Agave and myself are false.

4. In addition to the interference with a strategic partnership, the contents of these websites are interfering with Thorntail Hard Agave's ability to secure purchase orders, as well as putting stress on my personal and professional life. I am specifically concerned that large retail chains may pull Thorntail Hard Agave products from their shelves, or refuse to stock it, due to the defamatory content of the Infringing Website.

5. Attached as **Exhibit 1** are screenshots taken from the thorntailhardagave.com website.

I swear under penalty of perjury under the laws of the United States that the statements in this declaration are true and correct to the best of my recollection.

EXECUTED at Seattle, Washington, on this 26th day of December, 2023.


*/s/ Joel VandenBrink*
Joel VandenBrink

**DECLARATION OF JOEL VANDENBRINK** - 2

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

# EXHIBIT 1

| | |
|---|---|
| **Screenshot 1 – Disparaging Statements Regarding Thorntail Products**<br>For those with refined palates. Made from only the freshest ingredients. All organic and shit. ;) | **Screenshot 2 – Disparaging Statements Regarding Cocaine Addiction**<br>Yes sir, I'll definitely use this seed money on setting up a production facility. |
| **Screenshot 3 – Disparaging Statements Regarding Reliability of Plaintiffs**<br>For those who find thrill in the uncertain. Who appreciates a safe, steady return anyway? | **Screenshot 4 – Disparaging Statements Regarding Alcoholism**<br>Because being a sober father is secondary to getting to PARTYYYYYYY. |
| **Screenshot 5 - Disparaging Statements Regarding Settled Lawsuit**<br>Investors, rejoice! Who needs returns when you can fund his definitely legal endeavors? | **Screenshot 6 -- Website Source Code**<br> |