THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on December 27, 2023, I caused the below listed documents to be electronically served on Defendants at whois+thorntailhardagave.com@njal.la in compliance with LCR 65(b)(1).

- ●Complaint (Dkt. No. 1);

- ●Motion for Temporary Restraining Order (Dkt. No. 2);

- ●Proposed Order (Dkt. No. 2.1);

- ●Declaration of Mitchell D. West in Support of Motion for Temporary Restraining Order (Dkt. No. 3); and,

- ●Declaration of Joel VandenBrink In Support of Motion for Temporary Restraining Order (Dkt. No. 4).

///

///

///

///

CERTIFICATE OF SERVICE- 1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

DATED this 27th day of December 2023.

                                                              LOWE GRAHAM JONES PLLC

By: */s/ Mitchell D. West*
Mitchell D. West, WSBA No. 53103
walters@lowegrahamjones.com
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA  98101
Telephone: (206) 381-3300

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE- **2**