THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Plaintiff's The Agave Project LLC d/b/a Thorntail, hereby provides the following corporate disclosure:

(1) it has no parent corporation and no publicly held corporation owns 10% or more of its stock,

(2) it has two members including Agave Project Holdings LLC with a 65% stake, and Shadow Labs Holdings LLC with a 35% stake.

(3) it has no other corporate members.

CORPORATE DISCLOSURE STATEMENT- 1

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

DATED this 28th day of December 2023.

Lowe Graham Jones PLLC

By: */s/ Mitchell D. West*
Mitchell D. West, WSBA No. 53103
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300

CORPORATE DISCLOSURE STATEMENT- 2

CERTIFICATE OF SERVICE

I certify that on December 28, 2023, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

*/s/Rischel Voigt*
Rischel Voigt, Paralegal