THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiffs file this supplemental brief to notify the Court that after serving Defendants at whois+thorntailhardagave.com@njal.la all three Defamatory Websites (thorntailhardagave.com, kompletedesignbuild.com, and anonimcard.com) were taken down. The most reasonable inference from this action is that Defendants have actual notice of the complaint and motion served on them electronically and are monitoring whois+thorntailhardagave.com@njal.la.

To the extent the Defamatory Websites stay down, the urgency of Plaintiffs' requested temporary restraining order is reduced. But given the danger of the websites being reactivated at any time while in the control of Defendants, Plaintiffs maintain their request for injunctive relief while they pursue expedited discovery to identify Defendant Doe and

SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER - 1

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1 | otherwise seek the relief identified in their complaint.

LOWE GRAHAM JONES PLLC

By: */s/ Mitchell D. West*
Mitchell D. West, WSBA #53103
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: 206.381.3300

SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER - 2

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

CERTIFICATE OF SERVICE

I certify that on December 28, 2023, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

/s/Rischel Voigt
Rischel Voigt, Paralegal

SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 3

129645.0002/8075328.1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301