THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>NOTICE OF APPEARANCE FOR MARK P. WALTERS |

TO:        The Clerk of the Court

AND TO:    All parties and counsel of record

YOU AND EACH OF YOU Please take notice that Mark P. Walters of Lowe Graham Jones PLLC hereby appears for Plaintiffs The Agave Project LLC, d/b/a Thorntail and Joel Vandenbrink. All further pleadings and papers, except original process, shall be served upon said attorney.

Mark P. Walters, WSBA #30819
walters@lowegrahamjones.com
Lowe Graham Jones PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 981010
Telephone: (206) 381-3300

NOTICE OF APPEARANCE FOR MARK P. WALTERS - 1

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

DATED this 29th day of December 2023.

LOWE GRAHAM JONES PLLC

By /s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
walters@lowegrahamjones.com
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA  98101
Telephone: (206) 381-3300

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify that on December 29, 2023, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

/s/Rischel Voigt
Rischel Voigt, Paralegal