THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AGAVE PROJECT LLC, d/b/a THORNTAIL, and JOEL VANDENBRINK, INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>HOST MASTER / 1337 SERVICES LLC, a ST. KITTS and NEVIS COMPANY, and a DOE,<br><br>Defendants. | No. 23-1984<br><br>NOTICE OF APPEARANCE FOR MILES A. YANICK |

TO:  The Clerk of the Court

AND TO:  All parties and counsel of record

YOU AND EACH OF YOU Please take notice that Miles A. Yanick of Lowe Graham Jones PLLC hereby appears for Plaintiffs The Agave Project LLC, d/b/a Thorntail and Joel Vandenbrink. All further pleadings and papers, except original process, shall be served upon said attorney.

Miles A. Yanick, WSBA #26603<br>
yanick@lowegrahamjones.com<br>
Lowe Graham Jones PLLC<br>
1325 Fourth Avenue, Suite 1130<br>
Seattle, WA 981010<br>
Telephone: (206) 381-3300

NOTICE OF APPEARANCE FOR MILES A. YANICK - 1

DATED this 5th day of January 2024.

LOWE GRAHAM JONES PLLC

By: */s/Miles A. Yanick*
Miles A. Yanick, WSBA No. 26603
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
walters@lowegrahamjones.com
west@lowegrahamjones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300

Attorneys for Plaintiffs

NOTICE OF APPEARANCE FOR MILES A. YANICK - 2

## CERTIFICATE OF SERVICE

I certify that on January 5, 2024, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

                                 */s/Rischel Voigt*
                                 Rischel Voigt, Paralegal